IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALFRED KWESI ADDISON,  :
    Petitioner
                                                                                 :

    vs.  :     CIVIL NO. 1:CV-05—1507

                            :     (Judge Caldwell)
BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT,  :     (Magistrate Judge Blewitt)
    Respondent

O R D E R

AND NOW, this 21st day of February, 2006, upon consideration of the report (doc. 9) of the magistrate judge, filed January 17, 2006, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. 1) is dismissed for lack of jurisdiction.

    3. The Clerk of Court shall close the file.

                                                /s/William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge